JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEELE, II,<br><br>            Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden,<br><br>            Respondent. | Case No. CV 11-0970-CJC (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: June 17, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE